**ORIGINAL**

(Rev. 5/05)

### FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
### UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF DELAWARE

(1) Johnny Lopez   # 459748
(Name of Plaintiff)   (Inmate Number)

1181 Paddock Rd  Smyrna, DE 19977
(Complete Address with zip code)

```
06 - 190 -
```

(2)_____
(Name of Plaintiff)   (Inmate Number)

(Case Number)
( to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

**CIVIL COMPLAINT**

(1) U.S. Dept. of Justice

(2) Peter T. DaLleo

(3)_____
(Names of Defendants)

• • Jury Trial Requested
YES, I
want my case
decided by JURY

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

### I.   PREVIOUS LAWSUITS

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
including year, as well as the name of the judicial officer to whom it was assigned:

1:06-cv-107  GMS · D. Dist. Ct.

05-3476 · 3rd Cir. Ct. of Appeals

FILED

MAR 2 1 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE   C9

scanned

## II.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.  Is there a prisoner grievance procedure available at your present institution?  • • Yes  • • No

B.  Have you fully exhausted your available administrative remedies regarding each of your present claims?  • • Yes  • • No

C.  If your answer to "B" is <u>Yes</u>:

  1.  What steps did you take?

  2.  What was the result?

D.  If your answer to "B" is <u>No</u>, explain why not:

## III.  DEFENDANTS (in order listed on the caption)

(1)  Name of first defendant: _U.S. Dept. of Justice Civil Division_

  Employed as _____ at _____

  Mailing address with zip code: _12ch + Market Streets_
  _P.O.Box 1708  Wilmington DE  19899_

(2)  Name of second defendant: _Peter T. Dalleo_

  Employed as _Clerk of Court_ at _D. Dist. Ct._

  Mailing address with zip code: _U.S. Dist. Ct._
  _844 N. King St., Lockbox 18 Wilm. DE 19801-3570_

(3)  Name of third defendant: _____

  Employed as _____ at _____

  Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On Feb., 2002, I opened this civil action against Raphael Williams. I don't have the money to pay $150.00 court cost so the Court ordered to me pay $11.00. I paid almost $80.00 and my case never started. In 2003, I sent 2 motions requesting

2. to the Court to start my cases because I was in prison and I don't have any money to continue payments. These 2 motions were denied by the Court. I never received any information this motion was denied. In March 29, 2004, all these charges I pressed against

3. Raphael Williams were dismissed by the Court. I can't believe the Clerk of the Court sent this case to be dismissed when this case never started. Raphael Williams never responded or sent any motion to dismiss. I believe the Clerk of the Court (Con't on attached sheets) →

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want the Dept. of Justice to pay me $10,000,000, Ten Million dollars in damages for all this frustration in my mind and violations of all my constitutional rights...

3

First attached page for IV. Statement                    March 14, 2006
                      of Claim

(1)

is doing favors for his friend, Raphael Williams,
Warden at the Gander Hill Prison or Howard Young
Correctional Institution. In conclusion, I paid more
than eleven dollars ... this is what the Court ordered me to
pay. I paid almost $80.00 and my case never started.
Raphael Williams never responded or been informed
by the Court that this action was filed against him.
these 2 motions been denied by the Court and the
Clerk never informed me about it. I received
memorandum on March 29, 2004, when my case
was dismissed against Raphael Williams. At this
time, my address was 114 N. Dupont St. I never
been informed by the Court my address been changed.
I don't send any motion for to change my address at
this time. The Court received a letter Dec. 29, 2004
from Johnny Lopez with my new address. So, how
can the clerk of the Court send to me this memorandum
on March 29, 2004 and straight to Gander Hill
Prison when my address was 114 N. Dupont St.?
And why didn't the Clerk send me any information
about these 2 motions the Court denied before? that
proves the Clerk is doing on purpose. On Sept. 28, 2003,
I filed another civil action against the State of
Delaware for violating all my constitutional rights
in my criminal case. The Court ordered me to pay
$10.00 in my case because I don't have the $150.00
court costs. In Nov. 19, 2003, the public defender

(2)

2nd attached page for IV. Statement    March 14, 2006
of Claim

Brian J. Barkley going to District Court and
the Clerk of the Court give information about this
civil action filed against him. In June 16, 2004,
I received a Memorandum and Opinion the Civil
Action No. 03-936-GMS against Brian Bartley
and the State of Delaware been dismissed by the
Court. I can't believe this case been dismissed. I
never pay any money in this case. This case never
been started. The State of Delaware never responded.
On July 18, 2005, the Clerk of the Court, Marcia M.
Waldron, wrote to the Clerk of the District Court,
Peter T. Dalleo, and explained to him my appeal
had been filed in error. Because this case # never
been docketed by District Court Clerk. I believe
Mr. Dalleo do everything in violation of my constitu-
tional rights on purpose, it wasn't by mistake.
I feel panicked because I have a habeas corpus
in the District Court No. 05-19-GMS and I think the
Clerk of the Court is going to do the same thing in
violation of my constitutional right because I believe
the Clerk of the Court has too many friends in the
State of Delaware, like he is using my case to
pay back favors or discriminate against Spanish
people.

Sincerely,
JOHNNY LOPEZ
3/15/06

2. *Suspend the license of the Clerk to practice law for the rest of his life for violating all my constitutional rights and discriminating against me and punishing me by causing frustration and pain and suffering to me and my family for the past 3 years and continuing ---*

3. _____

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _15_ day of _March_, _2006_.

_Johnny Lopez_

(Signature of Plaintiff 1)

_____

(Signature of Plaintiff 2)

_____

(Signature of Plaintiff 3)

4



I/M JOHNNY LOPEZ
SBI# 452748 UNIT 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. DISTRICT COURT
844 N. KING STREET.
Lock box 18
Wilmington DE
19801 - 3570