OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

April 21, 2006

Peter T. Dalleo, Clerk
United States District Court
J. Caleb Boggs Federal Building
Lockbox 18
844 King Street
Wilmington, DE 19801-3570

Re:  Lopez v. US Department of Justice, et al
     D. Del. No. 06-cv-0190-GMS

Dear Mr. Dalleo:

    Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third Circuit Local Appellate Rules, we are forwarding the attached notice of appeal which was filed with this office in error.  See Rule 3(a)(1), Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules.  **The notice was postmarked April 19, 2006 and should be docketed as of that date.**

    This document is being forwarded solely to protect the litigant's right to appeal as required by the Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules.  Upon receipt of the document, kindly process it according to your Court's normal procedures.  If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

    Pursuant to Rule 3(a)(1), Federal Rules of Appellate Procedure, a notice of appeal must be filed with the Clerk of the District Court.  This Court may not act on an appeal until the notice has been docketed in the District Court and certified to this Court by the District Court Clerk.

    Thank you for your assistance in this matter.

Very truly yours,

Marcia M. Waldron, Clerk

By:  /s/ Bradford A. Baldus
     Bradford A. Baldus
     Senior Legal Advisor to the Clerk

Enclosure
cc:  Johnny Lopez #459748 (w/out enclosure)

Johnny Lopez #459748
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT



**U.S. District Court for the District of Delaware**

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

**FULL CAPTION IN DISTRICT COURT AS FOLLOWS:**

DISTRICT COURT
DOCKET NUMBER: Civil Action No 06-190-GMS

Johnny Lopez
_____

v.

U.S. Department of Justice and
Peter T. Dalleo
_____

DISTRICT COURT
JUDGE: Gregory M. Sleet

Notice is hereby given that __Johnny Lopez__
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [ ] Order,

[✓] Other (specify) Dismissal of in forma pauperis

entered in this action on April 11, 2006
(date)

Dated: 4/16/06

__Johnny Lopez__
(Counsel for Appellant-**Signature**)

__Johnny Lopez__
(Name of Counsel - **Typed**)            (Counsel for Appellee)

D.C.C. 1181 Paddock Rd. Smyrna, De 19977
(Address)                                 (Address)

_____            _____
(City, State Zip)                  (City, State Zip)

_____            _____
(Telephone Number)                 (Telephone Number)

**NOTE: USE ADDITIONAL SHEETS** if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

I/M JOHNNY LOPEZ
SBI# 459748   UNIT _____
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
19 APR 2006 PM 1 T

Office of the Clerk U.S. Court of Appeals
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA
19106

RECEIVED
APR 21 2006
U.S.C.A. 3rd. CIR

U.S.M.S. X-RAY

19106+1723