NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT



**U.S. District Court for the District of Delaware**

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT
DOCKET NUMBER: Civil Action No 06-190-GMS

Johnny Lopez

v.

U.S. Department OF Justice and
Peter T. Dalleo

DISTRICT COURT
JUDGE: Gregory M. Sleet

Notice is hereby given that ___Johnny Lopez___
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [ ] Order,

[✓] Other (specify) Dismissal of in forma pauperis

entered in this action on April 11, 2006
(date)

Dated: 4/16/06

Johnny Lopez
(Counsel for Appellant-Signature)

Johnny Lopez
(Name of Counsel - Typed)

D.C.C. 1181 Paddock Rd. Smyrna, De 19977
(Address)

(City, State Zip)

(Telephone Number)

(Counsel for Appellee)

(Address)

(City, State Zip)

(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

I/M JOHNNY LOPEZ
SBI# 459748   UNIT_____
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
19 APR 2006 PM 1 T

Office of the Clerk U.S. Court of Appeals
21400 U.S. Courthouse
601 Market street
Philadelphia, PA
19106

U.S.M.S. X-RAY

RECEIVED
APR 21 2006
U.S.C.A. 3rd. CIR