FPS-286                                                                                              DATE: May 12, 2006

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-2409

Lopez v. Dept Justice
(District of Delaware No. 06-cv-0190)

To:  Clerk

   1)   Application to Proceed In Forma Pauperis

___

   The foregoing motion to proceed in forma pauperis is granted.  Appellant is a prisoner and seeks to proceed in forma pauperis on appeal.  Appellant is required to pay the full $255.00 fee in installments regardless of the outcome of the appeal.  Appellant has completed and filed the required authorization form permitting the appropriate prison officials to assess, collect and forward to the District Court the filing and docketing fees for this appeal pursuant to 28 U.S.C. §§ 1915(b)(1) and (2).  The Court hereby directs the warden or his or her designee to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to the prisoner's account; or (b) the average monthly balance in the prisoner's account for the six month period immediately preceding the filing of the notice of appeal.  The warden, or his or her designee, shall calculate, collect, and forward the initial payment assessed in this order to the United States District Court for the District of Delaware.  In each succeeding month when the amount in the prisoner's account exceeds $10.00, the warden, or his or her designee, shall forward payments to the United States District Court for the District of Delaware equaling 20% of the preceding month's income credited to the prisoner's account until the fees are paid.  Each payment shall reference the appellate docket number for this appeal. The appeal will be submitted to a panel of this court for determination under 28 U.S.C. § 1915(e)(2).

                 For the Court,

                 /s/Marcia M. Waldron, Clerk

Dated:  June 1, 2006
CH/cc: Mr. Johnny Lopez
   Douglas E. McCann, Esq.

              A True Copy:

              Marcia M. Waldron, Clerk

OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

Clerk of District Court - DELAWARE         Date __**June 1, 2006**__
 (District)

__**Lopez v. Dept of Justice**__         Appeal No. __**06-2409**__
  (Caption)

__**Johnny Lopez**__
 ( Appellant )

__**No. 06-cv-0190**__
**(District Court No)**

Enclosures:

____**June 1, 2006**___ **Certified copy of C. of A. Order by the Court.**

_____ Released (Record)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on _____ is recalled.

                                **Carolyn Hicks   (267)-299-4926**
                                 Deputy Clerk    Telephone Number

Receipt Acknowledge:

_____
 (Name)

_____
 (Date)

R:\2006\2409\clkltr060106.wpd