IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHNNY LOPEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-190-GMS |
| ) | |
| U. S. DEPARTMENT OF JUSTICE and ) | |
| PETER T. DALLEO, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The plaintiff, Johnny Lopez ("Lopez"), SBI #459748, a *pro se* litigant who is presently incarcerated, filed this action pursuant to 42 U.S.C. § 1983 and requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (D.I. 1.) On April 11, 2006, the court entered an order denying the plaintiff leave to proceed *in forma pauperis* on the basis that three or more times in the past, while incarcerated, he had brought a civil action or appeal in federal court that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. (D.I. 4.) A day after the order was entered, the plaintiff appealed the dismissal of one of the cases relied upon for a strike, *Lopez v. Howard*, Civ. Action No. 06-107-GMS, *aff'd* C.A. No. 06-2361, Slip Op. (3d Cir. Mar. 9, 2007).[1] Therefore, dismissal of that case could not qualify as a strike until the appeal was dismissed or dismissal affirmed.

Lopez appealed the denial of leave to proceed *in forma pauperis*, and the U.S. Court of Appeals for the Third Circuit summarily vacated the order denying leave to proceed *in forma pauperis* and directed the district court to reevaluate the plaintiff's motion for leave to proceed *in*

---

[1] The notice of appeal was not docketed until April 18, 2006.

*forma pauperis. Lopez v. U.S. Dep't of Justice,* C.A. No. 06-2409 (Apr. 25, 2007).[2]

THEREFORE, at Wilmington this 26th day of April, 2007, IT IS HEREBY ORDERED that the motion to proceed *in forma pauperis* (D.I. 1) is **granted**.

IT IS FURTHER ORDERED that:

1. Pursuant to 28 U.S.C. § 1915(b), the plaintiff shall be assessed the filing fee of $250.00, the amount assessed at the time the complaint was filed. The court has determined that **the plaintiff has no assets and no means to pay the initial partial filing fee, nevertheless, any money the plaintiff later receives will be collected in the manner described below.**

2. The plaintiff shall, within thirty days from the date this order is sent, complete and return to the Clerk of Court, the attached authorization form allowing the agency having custody of him to forward all payments required by 28 U.S.C. § 1915(b)(2) to the Clerk of the Court. **FAILURE OF THE PLAINTIFF TO RETURN THE AUTHORIZATION FORM TO THE CLERK OF COURT WITHIN THIRTY DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS ACTION.**

3. The plaintiff shall be required to make monthly payments of 20 percent (20%) of the preceding month's income credited to the plaintiff's prison trust account and absent further order of the Court, the Warden or other appropriate official at the Delaware Correctional Center, Smyrna, Delaware, or at any prison at which the plaintiff is or may be incarcerated, shall forward

---

[2]The court recently discovered a November 29, 2006 docket entry of an order filed in Lopez's appeal which indicated that Civ. Action No. 06-107-GMS did not count as a strike. Last week the court prepared an order to vacate the denial of the plaintiff's motion for leave to proceed *in forma pauperis*, but before the order could issue, the Third Circuit issued its opinion. *Lopez v. U.S. Dep't of Justice,* No. C.A. 06-2409 (Apr. 25, 2007). The district court was not informed of the November 29, 2006 order.

payments from his account to the Clerk of the Court each time the amount in the account exceeds $10.00 until the filing fee is paid. **NOTWITHSTANDING ANY PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.**

_____
UNITED STATES DISTRICT JUDGE



FILED
APR 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| JOHNNY LOPEZ )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE )<br>and PETER T. DALLEO )<br>)<br>Defendants. ) | Civil Action No. 06-190 GMS |

**AUTHORIZATION**

I, _____, SBI # _____ request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _April 26_, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2007.

_____

Signature of Plaintiff