IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| JOHNNY LOPEZ | ) ) ) ) | |
| v. | ) ) | Civil Action No. 06-190 GMS |
| U.S. DEPARTMENT OF JUSTICE and PETER T. DALLEO | ) ) ) ) | |
| Defendants. | ) | |

**AUTHORIZATION**

I, _Johnny Lopez_, SBI # _459748_ request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _April 26_, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _5/2/07_, 2007.

FILED
MAY 0 7 2007
RG scanned

_____
Signature of Plaintiff

INM Johnny Lopez
SBI# 459748  UNIT C
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
04 MAY 2007 PM 1 L

U.S. District Court
844 N. King Street,
Lock box 18
Wilmington DE
19801-3570

4/30/07

IN THE UNITED STATES
District Court for the district of Delaware

Johnny Lopez

v.

U.S. Department of Justice
and Peter T. Dalleo
Civil Action No. 06-190 GMS

    I Johnny Lopez have been incarcerated for more than 4 years and have not received any funds since I've been here. I request to this honorable court to grant me my indigent motion so my case can get underway.

Respectfully,

Johnny Lopez

1181 Paddock Rd
Smyrna DE 19977

FILED
MAY 07 2007
RG scanned

INM Johnny Lopez
SBI# 459748  UNIT C
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
04 MAY 2007 PM 2 L

U.S. District Court
844 N. King Street,
Lock box 18
Wilmington DE
19801-3570

