NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT


RECEIVED
JUL - 6 2007
U.S. C.A. 3rd

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

Johnny Lopez

DISTRICT COURT
DOCKET NUMBER: 06-190-GMS

v.

U.S Department of Justice and
Peter T. Dalleo,

DISTRICT COURT
JUDGE: Gregory M. Sleet

Notice is hereby given that __Johnny Lopez__
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [ ] Order,
[ ] Other (specify) __Dismissed__

entered in this action on _____
(date)

Dated: 6/30/07

__Johnny Lopez__
(Counsel for Appellant-Signature)

__Johnny Lopez__
(Name of Counsel - Typed)

__1181 Paddock Road__
(Address)

__Smyrna, DE 19977__
(City, State Zip)

(Telephone Number)

_____
(Counsel for Appellee)

_____
(Address)

_____
(City, State Zip)

_____
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

INM Johnny Lopez
SBI# 459748  UNIT C
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

RECEIVED
JUL - 6 2007
U.S.C.A. 3rd

WILMINGTON DE 197
03 JUL 2007 PM 2 L

To Office of The Clerk
U.S. Court of Appeals 21400
U.S. Courthouse 601 Market
Street Philadelphia, PA
19106

U.S.M.S. X-RAY